IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SCOTTY E. HALL and
MARY GRACE HALL                                          PLAINTIFFS

VS.                                                      CASE NO. 1:15CV72-GHD-DAS

AGELESS MEN'S HEALTH, LLC                                DEFENDANT

ORDER OF DISMISSAL

The court has been advised by counsel pursuant to Stipulation of Dismissal without Prejudice [9] filed in this case on October 8, 2015, that this case may be dismissed without prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

This 8th day of October, 2015.

_____
Senior United States District Judge